Ilya Kraminsky, Esq.
**LAW OFFICES OF STEVEN A. VARANO, P.C.**
96 Newark Pompton Turnpike
P.O. Box 360
Little Falls, New Jersey 07424
973-256-1414 – Telephone
973-256-6111 – Facsimile
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RODMAN FRANK,<br><br>        Plaintiff,<br><br>vs.<br><br>J AND J GYM FLOORS LLC, and<br>JOHN SCILLIERI, individually,<br><br>        Defendants. | Civil Case No.: 2:18-cv-17734<br><br><br><br>**CONSENT ORDER** |

This matter having been opened to the Court by way of an informal request; and the parties having conferred; and the Court having considered the parties' request, and for other good cause shown, it is hereby

    **ORDERED** that fact discovery is hereby extended from August 7, 2020 to November 13, 2020.

| | |
|---|---|
| **LAW OFFICES OF STEVEN A. VARANO, P.C.**<br>Attorneys for Defendants | **Derek Smith Law Group, PLLC**<br>Attorneys for Plaintiff |
| BY:/s/ Ilya Kraminsky, Esq.<br>    ILYA KRAMINSKY, ESQ. | BY:/s/ Zach Holzberg, Esq.<br>    Zach Holzberg, Esq. |
| DATE: August 6, 2020 | DATE: August 6, 2020 |

                                                **SO ORDERED:**

                                                s/Joseph A. Dickson
                                                Magistrate Judge Joseph A. Dickson
                                                **DATE:** 8/7/20