Ilya Kraminsky, Esq.
**LAW OFFICES OF STEVEN A. VARANO, P.C.**
96 Newark Pompton Turnpike
P.O. Box 360
Little Falls, New Jersey 07424
973-256-1414 – Telephone
973-256-6111 – Facsimile
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RODMAN FRANK,<br><br>        Plaintiff,<br><br>vs.<br><br>J AND J GYM FLOORS LLC, and<br>JOHN SCILLIERI, individually,<br><br>        Defendants. | Civil Case No.: 2:18-cv-17734<br><br>**CONSENT ORDER** |

This matter having been opened to the Court by way of an informal request; and in connection with Standing Order 2020-04; and the parties having conferred; and the Court having considered the parties' request, and for other good cause shown, it is hereby

**ORDERED** that fact discovery is hereby extended from January 29, 2021 to March 31, 2021; and it is further

**ORDERED** that the telephonic status conference scheduled on January 19, 2021 be adjourned and relisted for ___March 15___, 2021. at 10:00 a.m.

| | |
|---|---|
| **LAW OFFICES OF STEVEN A. VARANO, P.C.**<br>Attorneys for Defendants | **Derek Smith Law Group, PLLC**<br>Attorneys for Plaintiff |
| BY:/s/ Ilya Kraminsky, Esq.<br>   ILYA KRAMINSKY, ESQ. | BY:/s/ Zach Holzberg, Esq.<br>   Zach Holzberg, Esq. |
| DATE: January 4, 2021 | DATE: January 4, 2021 |

**SO ORDERED:**

s/ Joseph A. Dickson
_____
Magistrate Judge Joseph A. Dickson